# EXHIBIT 2

# MSC CRUISES

📞 1-877-665-4655
Mon - Fri: 9:00am - 9:00pm EST
Sat - Sun: 10:00am - 6:00pm EST
Call Me ▶

LOGIN or MANAGE BOOKING ▼

PLAN & BOOK    CRUISE DEALS    DESTINATIONS    DISCOVER MSC    MY BOOKING    VOYAGERS CLUB    WEB CHECK-IN

# CONDITIONS OF CARRIAGE

Conditions of carriage

**CONDITIONS OF CARRIAGE** | USEFUL INFORMATION

## CONDITIONS OF CARRIAGE

### Standard conditions of carriage

These Conditions of Carriage set out the terms that govern the relationship, responsibilities and liabilities as between the Passenger and the Carrier and are BINDING ON THE PARTIES.

The Passenger has entered into a Passage Contract with an Organizer and these conditions have been incorporated into the Passenger's contract with the Organizer. These Terms and Conditions of Carriage will also apply where the Vessel is being used as a floating hotel whether or not there is a Passage Contract and whether or not there is any carriage.

You must carefully read these conditions of carriage which set out your rights, responsibilities and limitations to make claims against the Carrier, its servants and/or agents. The Carrier's liability is limited as set out in Clauses 22 and 23.



## USEFUL INFORMATION

Construction and definitions ◀

- Non-transferability and amendment
- Occupation of berths and cabins
- Maintenance during delay or overstaying
- Premature termination of the cruise
- Deviations, cancellations and delays
- Extra charges
- Travel documents
- Security
- Fitness to travel
- Passenger's conduct
- Animals
- Alcohol
- Minors
- Medical services by independent contractors
- Medical treatment
- Other independent contractors
- Travel packages and shore excursions
- Passenger's luggage and personal property
- Passengers' liability for damage
- Force majeure & events beyond the carrier's control
- Liability

Emotional/distress

Shore excursions

Applicable law

Jurisdiction

26.1 Unless differently provided by any applicable law, for all claims against the Carrier shall be brought in and be subject to the exclusive jurisdiction of the Courts of Naples, Italy.

Notices of claims

Time limits for filing suit

GET OUR LATEST CRUISE DEALS    Enter your email address    ▶




| Terms & Conditions | Passenger Bill of Rights | About MSC | Mobile Apps | Post Cruise Survey |
| Privacy | MSC Cruises Agent | News | All Inclusive Cruises | Contact Us |
| Terms of Use | MICE & Charters | Online Brochures | Our Unique Experiences | Lost & Found Form |
| Conditions of Carriage | Media Room | Social Media | Cruise Deals | Careers |
| Site Map | | | | |
| Change Country | | | | |

© 2018 MSC Cruises S.A. All rights reserved

Emotional/distress ◀

Shore excursions ◀

Applicable law ▼

The applicable law to this Contract shall be Italian law, except that for Voyages that include port(s) in the U.S.A., in which case the general maritime law of the United States shall apply.

Jurisdiction ◀

Notices of claims ◀

Time limits for filing suit ◀

GET OUR LATEST CRUISE DEALS    Enter your email address  ▶

| Terms & Conditions | Passenger Bill of Rights | About MSC | Mobile Apps | Post Cruise Survey |
| Privacy | MSC Cruises Agent | News | All Inclusive Cruises | Contact Us |
| Terms of Use | MICE & Charters | Online Brochures | Our Unique Experiences | Lost & Found Form |
| Conditions of Carriage | Media Room | Social Media | Cruise Deals | Careers |
| Site Map | | | | |
| Change Country | | | | |

© 2018 MSC Cruises S.A. All rights reserved